Larry Chae (SBN 268979)
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 929-4900
Fax: (310) 943-3838
lchae@slpattorney.com

Attorneys for Plaintiff
ADRIAN TIMMERMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN TIMMERMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | Case No.: 3:25-cv-00400-TLT<br><br>Hon. Trina L. Thompson<br><br>**DECLARATION OF LARRY CHAE IN SUPPORT OF PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. 69)** |

I, LARRY CHAE, declare as follows:

1. I am an attorney licensed to practice law in the State of California (Bar No. 268979), a member in good standing of the State Bar of California, and am admitted to practice before this Court. I am a member of Strategic Legal Practices, APC ("SLP") and lead trial counsel of record for Plaintiff Adrian Timmerman in this action. I make this declaration in response to the Court's July 2, 2026 Order to Show Cause (ECF Dkt. 69). The facts stated herein are

1

DECLARATION OF LARRY CHAE ISO RESPONSE TO OSC

within my personal knowledge, and if called as a witness I could and would testify competently to them.

2. On June 23, 2026, SLP filed on Plaintiff's behalf a joint stipulation (ECF Dkt. 58) requesting a one-week continuance of the trial and final pretrial conference, or, in the alternative, leave for another SLP attorney to appear on Plaintiff's behalf as lead trial counsel for purposes of the final pretrial conference. The basis for the request was that I would be out of state attending my children's competition event (at the U.S. National Taekwondo Team Qualifier in North Carolina) the week of June 29, thereby making me unavailable to attend the July 2, 2026 final pretrial conference.

3. On June 23, 2026, the Court denied the requested continuance but permitted another attorney to appear in my place for purposes of the final pretrial conference. (ECF Dkt. 59.) I understood, and the Court's order confirmed, that my personal appearance at the final pretrial conference was excused and that a substitute SLP attorney could appear on Plaintiff's behalf.

4. I sought this relief in advance and disclosed the scheduling conflict to the Court and to defense counsel before the conference. I did not disregard the Court's orders; to the contrary, I attempted to address the conflict through the proper procedural channel and obtained the Court's authorization for a substitute appearance.

DECLARATION OF LARRY CHAE ISO RESPONSE TO OSC

5. Consistent with the Court's order, I requested Mr. Mani Arabi to appear at the final pretrial conference in my place. Mr. Arabi is fully versed in the lemon law, as well as trial practice, and so would have been able to properly and competently appear at the final pretrial conference. I was out of state on July 2, 2026, as previously disclosed to the Court, and my absence was authorized by the Court's order permitting a substitute appearance.

6. As explained in the concurrently filed declaration of Mr. Arabi, an inadvertent internal calendaring failure resulted in the final pretrial conference not being assigned Mr. Arabi after the Court advanced the conference from 3:00 p.m. to 10:00 a.m. As lead counsel, I sincerely regret that no SLP attorney appeared at the conference, and I apologize to the Court.

7. **Response to the inquiry regarding prior sanctions.** The Order directs that I compile and produce, in chart form, every sanction ever imposed on me by any court, together with any non-monetary sanction and any instance in which any court found that I breached a professional-conduct obligation. For the reasons set forth in the concurrently filed Response to the Order to Show Cause, I respectfully object to that directive to the extent it requires me to compile and produce a record of matters arising in proceedings not before this Court, which exceeds the Court's inherent authority and raises due process concerns. Without waiving that objection, and to be fully candid with the Court, I state the following: I have not been sanctioned in any matter before this Courtroom.

DECLARATION OF LARRY CHAE ISO RESPONSE TO OSC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2026, in San Francisco, California.

_/s/ Larry Chae_
Larry Chae

DECLARATION OF LARRY CHAE ISO RESPONSE TO OSC